| Debtor | Mt. Tom Companies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/25/2021
MM / DD / YYYY

X /s/ Timothy P. Kennedy, PRES.
Signature of authorized representative of debtor

Timothy P. Kennedy
Printed name

Title  President

**18. Signature of attorney**

X /s/ Jonathan R. Goldsmith
Signature of attorney for debtor

Date 03/25/2021
MM / DD / YYYY

Jonathan R. Goldsmith, Esq. MA548285
Printed name

Goldsmith, Katz & Argenio, P.C.
Firm name

1350 Main Street, Suite 1505
Springfield, MA 01103
Number, Street, City, State & ZIP Code

Contact phone  (413) 747-0700    Email address

MA548285 MA
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5