## CERTIFICATE OF VOTE

I, Matthew L. Donohue, Secretary of Mt. Tom Companies, Inc., do hereby certify that a special meeting of the Directors of Mt. Tom Companies, Inc. ("Corporation") was called and held at 273 State Street, 2nd Floor, Springfield, Massachusetts 01103, on March 23, 2021, a majority of the Directors of record being present and voting, the following resolution was unanimously passed.

VOTED: That this Corporation file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code with the Clerk's Office of the United States Bankruptcy Court for the District of Massachusetts; and retain the legal services of Goldsmith, Katz & Argenio, P.C. and that the President of the Corporation, Timothy P. Kennedy, is hereby authorized and empowered on behalf of the Corporation to sign, seal, execute, acknowledge and complete all Bankruptcy Schedules and other paper incidentals to such Chapter 11 proceedings.

I do further certify that Timothy P. Kennedy is President of Mt. Tom Companies, Inc.

I further certify that said votes have not been altered, amended or rescinded.

A CERTIFIED TRUE EXACT COPY

ATTEST:

Dated:  March 24, 2021

_____
Matthew L. Donohue, Secretary