# United States Bankruptcy Court
## District of Massachusetts

In re: __Mt. Tom Companies, Inc.__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mt. Tom Companies, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__3/26/2021__
Date

__Jonathan R. Goldsmith, Esq. MA548285__
Signature of Attorney or Litigant
Counsel for __Mt. Tom Companies, Inc.__
Goldsmith, Katz & Argenio, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
(413) 747-0700 Fax:(413) 747-0414

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy