UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 11, No. 21-30091-EDK |
| MT. TOM COMPANIES, INC. ) | |
| Debtor ) | |

## MOTION TO EXTEND TIME

Now comes MT. TOM COMPANIES, INC. ("Debtor"), the Debtor herein, and respectfully represents:

1. That on or about March 25, 2021, it filed a Voluntary Petition seeking relief under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts.

2. That in light of the immediacy to file this bankruptcy case, the Debtor and its counsel need additional time to review their files and gather the necessary information in order to file its Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs.

3. The Debtor estimates that it will require an additional twenty-two (22) days beyond the period of time permitted in Federal Rule of Bankruptcy Procedure 1007 for such purpose.

WHEREFORE, your Debtor prays for the allowance of an Order extending the time for filing of the Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs to April 30, 2021.

MT. TOM COMPANIES, INC.

Dated: March 30, 2021

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Chapter 11, No. 21-30091-EDK |
| MT. TOM COMPANIES, INC. | ) |
| Debtor | ) |

## ORDER ON MOTION TO EXTEND TIME

At _____, in said District, on this _____ day of April, 2021.

Upon the annexed Motion of MT. TOM COMPANIES, INC., praying for an extension of time within which to file the Debtor's Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs, sufficient reason appearing therefor, it is hereby

ORDERED that MT. TOM COMPANIES, INC. be granted leave to extend the time within which to file the Debtor's Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs to April 30, 2021.

HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 11, No. 21-30091-EDK |
| MT. TOM COMPANIES, INC. | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of the GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts do hereby certify that I have served a copy of the within Motion to Extend Time upon the following parties by electronic mail or by mailing, first class mail, postage prepaid this 30th day of March, 2021:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

Timothy P. Kennedy, President
MT. TOM COMPANIES, INC.
273 State Street, 2nd Floor
Springfield, MA 01103


/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.