UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br> )<br>MT. TOM COMPANIES, INC. )<br> )<br> Debtor )<br> ) | Chapter 11, Case No. 21-30091-EDK |

DECLARATION RE: ELECTRONIC FILING

PART I - DECLARATION OF PETITIONER

I, TIMOTHY P. KENNEDY, President of MT. TOM COMPANIES, INC., *hereby declare(s) under penalty of perjury* that all of the information contained in my Application to Employ Counsel Under General Retainer (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March 3*o* , 2021

 /s/ Timothy P. Kennedy
 Timothy P. Kennedy, President, Affiant

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I *hereby declare(s) under penalty of perjury* that all of the information contained in my Signed Statement of Professional Person (singly or jointly the "Statement"), filed electronically, is true and correct.

I further certify that the affiant signed this form before I submitted the Documents and

Statement, I gave the affiant a coy of the Documents, Statement and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: March 31, 2021

_____
Jonathan R. Goldsmith, Esq.
Attorney for Affiant