*[Left margin, stamped:]* Elizabeth D. Katz   Dated: 3/31/2021

*[Left margin:]* GRANTED IN PART. THE DEADLINE FOR FILING THE MISSING DOCUMENTS IS EXTENDED TO APRIL 26, 2021.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 11, No. 21-30091-EDK |
| MT. TOM COMPANIES, INC. | |
| Debtor | |

## MOTION TO EXTEND TIME

Now comes MT. TOM COMPANIES, INC. ("Debtor"), the Debtor herein, and respectfully represents:

1. That on or about March 25, 2021, it filed a Voluntary Petition seeking relief under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts.

2. That in light of the immediacy to file this bankruptcy case, the Debtor and its counsel need additional time to review their files and gather the necessary information in order to file its Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs.

3. The Debtor estimates that it will require an additional twenty-two (22) days beyond the period of time permitted in Federal Rule of Bankruptcy Procedure 1007 for such purpose.

WHEREFORE, your Debtor prays for the allowance of an Order extending the time for filing of the Summary of Assets and Liabilities, Schedules A/B through H and Statement of Financial Affairs to April 30, 2021.

MT. TOM COMPANIES, INC.

Dated: March 30, 2021

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700