

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> MT. TOM COMPANIES, INC., <br>      Debtor | Ch. 11 <br> 21-30091-EDK |

**Order**

A status conference in the above-named Debtor's case is set for April 30, 2021 at 10:30 a.m. The hearing will be conducted telephonically; parties may participate by dialing 888-363-4734, and entering access code 496 4809 when prompted.

Dated: 4/1/2021                                         By the Court,

                                                        Elizabeth D. Katz
                                                        United States Bankruptcy Judge