

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> MT. TOM COMPANIES, INC., <br>    Debtor | Ch. 11 <br> 21-30091-EDK |

### Proceeding Memorandum and Order

**MATTER:**
Status Conference

**Decision set forth more fully as follows:**
Status Conference held.

Dated: 4/30/2021

By the Court,

*[signature]*

Elizabeth D. Katz
United States Bankruptcy Judge