

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| MT. TOM COMPANIES, INC., | Ch. 11 |
| Debtor | 21-30091-EDK |

### Order

A hearing on the Debtor's Expedited Motion to Dismiss [Docket #31] is set for June 17, 2022 at 11:00 a.m.  Parties may participate in the hearing by using the dial-in information/link below:

To participate by video:

https://www.zoomgov.com/j/1607379602?pwd=VHNucElVWUdieDlJdWdYeTFxdmdNZz09

Meeting ID: 160 737 9602
Passcode: 097711

To participate by phone:

1 669 254 5252

Meeting ID: 160 737 9602
Passcode: 097711

The deadline for objections is June 14, 2022 at 5:00 p.m.

The Debtor is ordered to provide notice of the hearing and the objection to the United States Trustee, taxing authorities, all creditors, and any other party having filed a notice of appearance and request for notice, and to file a certificate of service reflecting same, by 5:00 p.m. on May 27, 2022.

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz

United States Bankruptcy Judge

Dated: 5/26/2022