## **NOTICE REGARDING HEARING BY ZOOM VIDEO TRANSMISSION**

1. **The Need for Video.** The dangers presented by the COVID-19 pandemic constitute good and compelling cause to allow certain hearings in this case to proceed via video transmission rather than in person or by means of telephonic transmission ("Zoom Hearings").

2. **Videoconference Platform.** If a Zoom Hearing is scheduled, all counsel, pro se parties, and other attendees who participate in the hearing via Zoom ("Participants") must undertake appropriate set up and testing of the Zoom application, which is available from Zoom Video Communications free of charge. Each Participant is responsible for downloading the Zoom application or accessing Zoom via a web browser, such as Safari or Chrome. Each Participant may use equipment such as a desktop or laptop computer, a tablet, or a cellphone to access Zoom and join the Hearing.

3. **Limit on Participation by Video.** If the number of parties wishing to participate in a Zoom Hearing, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video conference, the Court may require that certain parties participate in the Hearing only by telephone. The Court will provide to each party participating by telephone separate dial-in instructions, which may be used with any telephone equipment.

4. **Courtroom Formalities.** Although it will be conducted by video conference, a Zoom Hearing constitutes a court proceeding, and all formalities of a court proceeding must be observed in all respects, including proper decorum and attire.

5. **General Public Access.** Zoom Hearings are open to the general public. The public is invited to listen to Zoom Hearings by telephone.

6. **Recording Prohibited; Official Record.** No person may record or capture images during the Hearing from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the Hearing.