**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

Chapter 11

In re: MT TOM COMPANIES INC

Case Number: 21-30091 EDK

Claim Number: 1 for $1,695.05

       DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

    Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

                **GEOFFREY E. SNYDER**
                **COMMISSIONER**
                **MASSACHUSETTS DEPARTMENT OF REVENUE**

                **By his duly authorized agent,**

                /s/ Belinda Ancion
                **MASSACHUSETTS DEPARTMENT OF REVENUE**
                **BANKRUPTCY UNIT - COLLECTIONS BUREAU**
                **200 ARLINGTON ST, CHELSEA, MA 02150**
                **PO BOX 7090 BOSTON, MA 02204-7090**
                **(617) 626-3875**



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: MT TOM COMPANIES INC

Chapter 11
Case Number: 21-30091
EDK

## CERTIFICATE OF SERVICE

I, Belinda Ancion, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

JONATHAN R. GOLDSMITH
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 MAIN STREET
15TH FLOOR, Fl 15
Springfield, MA 01103-0000

Chapter 11 Trustee
446 MAIN STREET, 14TH FLOOR
WORCESTER, MA 01608

/s/ Belinda Ancion
MASSACHUSETTS DEPARTMENT OF REVENUE
06/07/2022